IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN MATIAS TORRES,** <br><br> Petitioner, <br><br> v. <br><br> **RALPH M. DIAZ, Acting Warden,** <br><br> Respondent. | Case No. C 12-06224 YGR (PR) <br><br> **ORDER** |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **June 19, 2013**, in which to file and serve an answer to the petition for writ of habeas corpus. Petitioner shall file and serve a traverse within **sixty-three (63)** days of the filing of the answer.

IT IS SO ORDERED.

Dated: May 31, 2013

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1

G:\PRO-SE\YGR\HC.12\Torres6224.grantEOT.doc