IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>    Petitioner,<br><br>  vs.<br><br>RALPH M. DIAZ, Acting Warden,<br><br>    Respondent.<br>_____ / | No. C 12-06224 YGR (PR)<br><br>**ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S MOTIONS FOR DISCOVERY AND FOR AN EVIDENTIARY HEARING** |

Petitioner, a state prisoner proceeding *pro se*, has filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Following an initial review of the petition, the Court ordered Respondent to show cause why the petition should not be granted. Respondent has filed an answer to the petition, and Petitioner has filed a traverse.

Currently pending before the Court are Petitioner's motions for discovery and for an evidentiary hearing. (Docket No. 17.) Respondent is directed to file a response to Petitioner's motions no later than **twenty-eight (28) days** from the date of this Order. Petitioner shall file his reply no later than **fourteen (14) days** after Respondent's response is filed.

IT IS SO ORDERED.

DATED: December 13, 2013

                                                                **YVONNE GONZALEZ ROGERS**
                                                                 **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.12\Torres6224.respEVIDhearing.wpd