IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN MATIAS TORRES,** | Case No. C 12-06224 YGR (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **RALPH M. DIAZ, Acting Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants Respondent's request for an enlargement of time up to and including **October 17, 2016**, in which to file and serve a supplemental response to the first amended petition. If Petitioner wishes to respond to the supplemental answer, he shall do so by filing a supplemental traverse with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the supplemental answer. Otherwise, the first amended petition will be deemed submitted and ready for decision sixty days after the date Petitioner is served with Respondent's supplemental answer.

IT IS SO ORDERED.

Dated: __August 17, 2016__          _____
                                     The Honorable Yvonne Gonzalez Rogers
                                     United States District Judge