UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MATIS TORRES,

    Petitioner,

  v.

RALPH M. DIAZ, Acting Warden,

    Respondent.

Case No. 12-cv-06224-YGR (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**

Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **January 16, 2017**.

Respondent shall file a reply brief no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

This Order terminates Docket No. 66.

IT IS SO ORDERED.

Dated: November 23, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge