UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH M. DIAZ, Warden,<br><br>    Respondent. | Case No. 12-cv-06224-YGR (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME FOR TO FILE SUPPLEMENTAL TRAVERSE; AND ADDRESSING HIS OTHER PENDING MOTION** |

Before the Court is Petitioner's request for an extension of time to file a supplemental traverse. Good cause appearing, the request is GRANTED. Dkt. 85. Petitioner shall file his supplemental traverse by **October 10, 2017**. **No further extensions will be granted absent extraordinary circumstances.**

Also before the Court is Petitioner's motion entitled, "Request for Prior Motions Off of the Court[']s Docket List," in which he requests copies of certain documents from the case file that he claims are necessary for him to file his supplemental traverse. Dkt. 87. Petitioner's motion is GRANTED only as to these documents, and the Clerk of the Court is directed to send him copies of the requested documents, including Docket Nos. 16, 26, 35, 36, and 37. Petitioner must pay for xerox copying of any other documents from the case file.

This Order terminates Docket Nos. 85 and 87.

IT IS SO ORDERED.

Dated: September 8, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge